**STATE of Missouri, Respondent,**

v.

**Donald COLEMAN, Appellant.**

**No. ED 103226**

Missouri Court of Appeals, Eastern District, **DIVISION FOUR.**

FILED: August 23, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied September 27, 2016

Lisa M. Stroup, St. Louis, MO, for appellant.

Chris Koster, Mary H. Moore, Jefferson City, MO, for respondent.

Before James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

## ORDER

PER CURIAM

Donald Coleman ("Coleman") appeals from a judgment of the trial court entered after a jury verdict convicting him on twenty-two felony counts. Each of the counts stem from a home invasion in which two armed men entered the home of C.F., confined C.F.'s children and disabled mother to a bedroom, subjected C.F. to sexual abuse, and stole a prepaid debit card. On appeal, Coleman alleges error in the trial court's admission of evidence suggesting that Coleman stole the gun that was found near the scene of the crime. Even if the trial court erred in allowing such evidence, Coleman suffered no outcome-determinative prejudice.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).